United States District Court

Eastern District of California

| | |
|---|---|
| Marco A. Samano, | |
|     Plaintiff, | No. Civ. S 05-0620 GEB PAN P |
| vs. | Order |
| CSP Lancaster, et al., | |
|     Defendants. | |

-oOo-

Plaintiff, an inmate without counsel, seeks to commence a civil rights action. See 42 U.S.C. § 1983.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may

1 be found, if there is no district in which the action may
2 otherwise be brought." 28 U.S.C. § 1391(b).
3     Here, the defendants are located and the claim arose in
4 Lancaster, which is in the Central District of California.
5 Therefore, in the interest of justice, this action is transferred
6 to the United States District Court for the Central District of
7 California. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512
8 F.2d 918, 932 (D.C. Cir. 1974).
9     So ordered.
10     Dated: June 2, 2005.

                                    <u>/s/ Peter A. Nowinski</u>
                                    PETER A. NOWINSKI
                                    Magistrate Judge

2